IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY NICHOLS**                                                                                       **PLAINTIFF**

**v.**                              **Case No. 4:12 -CV-232-KGB**

**THE PROCTER & GAMBLE LONG**
**TERM DISABILITY ALLOWANCE**
**POLICY**                                                                                                 **DEFENDANT**

### ORDER

Before the Court is defendant's Rule 83.5 Motion for Leave to Appear Pro Hac Vice (Dkt. No. 10). The motion requests that the Court admit John J. Myers *pro hac vice*. The motion was filed on July 10, 2012. On July 25, 2012, the Mr. Myers entered a Notice of Appearance on behalf of defendant (Dkt. No. 12). In that Notice of Appearance, Mr. Myers states that he is admitted to practice in this Court. The Court has verified that Mr. Myers is indeed certified to practice in this Court and is current on his dues. Therefore, defendant's Rule 83.5 Motion for Leave to Appear Pro Hac Vice (Dkt. No. 10) is denied as moot.

SO ORDERED this the 3rd day of August, 2012.

_____
Kristine G. Baker
United States District Judge