IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY NICHOLS**                      **PLAINTIFF**

**v.**            **Case No. 4:12-cv-00232-KGB**

**THE PROCTER & GAMBLE LONG
TERM DISABILITY ALLOWANCE
POLICY**                      **DEFENDANT**

---

**THE PROCTER & GAMBLE LONG
TERM DISABILITY ALLOWANCE
POLICY**                      **COUNTER-PLAINTIFF**

**v.**

**RANDY NICHOLS**                      **COUNTER-DEFENDANT**

## JUDGMENT

Consistent with the Court's Opinion and Order entered in this matter on September 30, 2013 (Dkt. No. 21), it is considered, ordered and adjudged that plaintiff Randy Nichols's complaint is dismissed with prejudice, and judgment is entered in favor of counter-plaintiff The Proctor & Gamble Long Term Disability Allowance Policy in the amount of $11,028.00.

IT IS SO ADJUDGED this the 1st day of October, 2013.

*/s/ Kristine G. Baker*

Kristine G. Baker
United States District Judge